```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     -against-                              11 CR 0026 (JG)

DOMINIC CARAMANICA,
DANIEL CILENTI,
     also known as "Uncle
     Danny,"
GLENN MAZZELLA and
PETER PACE, JR.,

                    Defendants.

- - - - - - - - - - - - - - - - - -X
```

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney Stephen E. Frank from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant United States Attorney Stephen E. Frank
> United States Attorney's Office (Criminal Division)
> 271 Cadman Plaza East, 6th Floor
> Tel: (718) 254-6143
> Fax: (718) 254-6076
> Email: stephen.frank@usdoj.gov

   In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Stephen E. Frank at the email address set forth above.

Dated:  Brooklyn, New York
     February 8, 2010

              Respectfully submitted,

              LORETTA E. LYNCH
              United States Attorney

       By:
                /s/
              Stephen E. Frank
              Assistant U.S. Attorney

cc: Clerk of the Court (JG)