**MICHAEL ROSEN**
**Law Offices**
**61 Broadway, Suite 2602**
**New York, NY  10006**
mrosenlaw@aol.com

TEL (212) 742-1717                                                                                   FAX (212) 248-4068

March 25, 2011

Hon. John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

                Re: <u>United States v. Glenn Mazzella</u>
                    11-CR-0026 (JG)

Dear Judge Gleeson:

I write, again, on behalf of Mr. Mazzella to request your permission for him to travel on boat business to Florida from April 7 to April 11, 2011. Mr. Mazzella requires this trip to hopefully bring to fruition a large boat sale from inventory which is in Florida. He will be visiting and staying at the same locations as he did the last time Your Honor granted him permission to travel to Florida. A complete itinerary will be provided to Pretrial Officer Robert Stehle who has no objection to this request. Assistant U.S. Attorney Stephen Frank advised me that he takes no position on the request.

Thank you for your consideration.

                                      Respectfully,

                                      Michael Rosen
                                      (516-381-6690 cell)

MR:wp