Criminal Calendar: Status Conference

Before: Judge John Gleeson, U.S.D.J.

Date: 4/29/11                                    Time: 12:00Am – 12:30Pm

DOCKET NUMBER: 11CR 26

DEFENDANT'S NAME: Dominic Caramanica
  ✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: Michael Rosen for James R. Froccaro
  ___ Legal Aid ___ CJA ✓ Retained

DEFENDANT'S NAME: Glenn Mazzella
  ✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: Michael Rosen
  ___ Legal Aid ___ CJA ✓ Retained

DEFENDANT'S NAME: Peter Pace
  ✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: Joseph R. Benfante
  ___ Legal Aid ___ CJA ✓ Retained

DEFENDANT'S NAME: Daniel Cilenti (appearance waived)
  ___ Present ✓ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: Joel Cohen
  ___ Legal Aid ✓ CJA ___ Retained

AUSA: Stephen E. Frank                  Deputy Clerk: Ilene Lee

Probation/Pretrial Officer: _____

INTERPRETER: _____ (Language) _____

COURT REPORTER: Anthony Frisolone

✓ CASE CALLED:

- The parties are still in negotiations and all defense counsel request additional time to review the discovery materials.
- The following motion schedule was given: All Motions are due by 8/26/11; Oppositions to the Motions are due by 9/9/11; All Replies are due by 9/23/11.
- An Oral Argument on the Motions is set for Sept. 30, 2011 at 3:00pm.
- A Jury Selection and Trial date was set for October 24, 2011 at 9:30Am.
- A Final Pre Trial Conference will be held on October 14, 2011 at 11:00Am.
- Speedy trial time is excluded until the Oral Argument date.