**MICHAEL ROSEN**
**Law Offices**
**61 Broadway, Suite 2602**
**New York, NY 10006**
mrosenlaw@aol.com

TEL (212) 742-1717                                                           FAX (212) 248-4068

June 2, 2011

Hon. John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: United States v. Glenn Mazzella, et al.
          CR-11-0026(JG)

Dear Judge Gleeson:

  I write, without opposition from AUSA Stephen Frank, to request your permission for Defendant Glenn Mazzella to travel to and from New York and Florida, leaving June 15, 2011 and returning June 18, 2011. Mr. Mazzella will fly to Fort Lauderdale, stay overnight at his mother's residence and drive back to New York in a car that he will be giving his son, Michael, who has a learner's permit, and will practice with the car this summer in contemplation of completing driver's ed later in the year.

  Both AUSA Frank and Pretrial Services will be provided with Mr. Mazzella's itinerary. Pretrial Services defers to Your Honor's ruling.

  Thank you for your patience and consideration.

                Respectfully,

                Michael Rosen
                (516) 381-6690

MR:wp

cc: AUSA Stephen Frank