**MICHAEL ROSEN**
**Law Offices**
**61 Broadway, Suite 2602**
**New York, NY  10006**
mrosenlaw@aol.com

TEL (212) 742-1717                                                                                         FAX (212) 248-4068

June 30, 2011

Hon. John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: United States v. Glenn Mazzella, et al.
        11-CR-0026 (JG)

Dear Judge Gleeson:

I represent Mr. Mazzella. I write to respectfully request your permission for Mr. Mazzella to travel-with his sons-to Lake George, New York from Sunday, July 10, 2011 to Thursday, July 14, 2011. The family will be staying at the Sagamore Hotel in Lake George.

I am advised that Mr. Mazzella's Pretrial Services Officer, Mr. Stehle, has no objection to this request and defers to Your Honor's discretion.  AUSA Stephen Frank advises that he takes no position on the request and also defers to Your Honor's discretion.

Thank you for your consideration.

        Respectfully,

        Michael Rosen
        Cell: 516-381-6690

MR:wp