## Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.**

Date: _9/15/11_   Time: _10:25: 10:50_

DOCKET NUMBER: _CR-11-26-03_

DEFENDANT'S NAME: _Glenn Mazzella_
___ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: _Michael Rosen_
___ Legal Aid ___ CJA ✓ Retained

AUSA: _Stephan Frank_   Deputy Clerk: _Vivian Kleer_
INTERPRETER: _____   (Language)
COURT REPORTER: _Marsha Diamond_

✓ Case called.

Defendant: ✓ sworn   ___ arraigned   ✓ informed of rights
___ Waives trial before District Court.

___ Waiver of indictment executed.
___ Superseding Indictment/Information filed.
___ Defendant failed to appear, Bench Warrant issued.
✓ Defendant enters a plea of GUILTY to Count(s) _2_ of the _Indictment_.
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___ of the ___.
___ Court finds factual basis for the plea.
✓ Sentencing set for _1/13/12 @ 2:00 PM_.

✓ Deft continued on $___ ✓ Bond.   ___ Deft continued in Custody.

___ Bail set in the amount of $___ and deft released.

___ Case adjourned until ___ for ___.

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA.
Pursuant to Federal Rule 11 of Criminal Procedure Judge _Gleeson_ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.