MICHAEL ROSEN
Law Offices
61 Broadway, Suite 2602
New York, New York  10006
mrosenlaw@aol.com

TEL (212) 742-1717                                                                                          FAX (212) 248-4068


December 13, 2011

Hon. John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Glenn Mazzella
         11-CR-0026 (JG)

Dear Judge Gleeson:

I write, with the consent of AUSA Stephen Frank and the approval of Pretrial Officer Stehle, to respectfully ask Your Honor to permit my client, Glenn Mazzella, to travel to and from Florida with his sons-during the period December 25, 2011 and January 3, 2012.  The Mazzella family will be staying, first, with the parents of Mr. Mazzella's late wife in Clearwater, Florida and thereafter stay with Mr. Mazzella's mother in Fort Lauderdale, Florida. I have submitted the itinerary for the trip to Mr. Frank.

Thank you for your consideration.

            Respectfully,


            Michael Rosen
            Cell: (516-381-6690)

MR:wp