MICHAEL ROSEN
Law Offices
61 Broadway, Suite 2602
New York, New York  10006
mrosenlaw@aol.com

CELL (516) 381-6690                                                                                          FAX (212) 248-4068
TEL   (212) 742-1717

February 29, 2012

Hon. John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Glenn Mazzella
11-CR-0026 (JG)

Dear Judge Gleeson:

I have AUSA Stephen Frank's letter of February 28, 2012 objecting to my request for a curfew and payment plan for Mr. Mazzella with respect to Your Honor's sentence. I apologize for not doing this brief response immediately, but, I am on trial in Nassau County and just completed my opening statement today.

Notwithstanding USPO Danielo's concurrence with the requested applications, Mr. Frank continues to offer his views on what it takes to sustain, maintain and care for two deaf, totally dependent teenage sons as a single parent. Your Honor, I believe, as a Judge and understanding person, recognized the extraordinary family circumstances in determining the ultimate sentence imposed. Mr. Mazzella's gratitude on behalf of his sons, as I indicated previously, cannot be overstated; it is deep and sincere. The relief I request takes into account the day-to-day responsibilities shouldered by Mr. Mazzella and permits him to appropriately care for his children. I suggest that was the prime motivation for Your Honor's sentence and believe that the same compassion and understanding motivates USPO Danielo.

My application does not undermine respect for the law, as Mr. Frank contends, but, on the contrary, seeks to effectuate the real world, individualized, sentence Your Honor imposed.. I do not seek removal

Page-2-
Re:    United States v. Glenn Mazzella
       11-CR-0026 (JG)

of the bracelet or termination of the imposed house arrest component. Mr. Mazzella feels the punishment continuously; his salvation is that Your Honor gave primary consideration to his children.

Thank you.

                                                  Respectfully,

                                                  Michael Rosen

MR:wp